# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BORDONI,<br><br>   *Plaintiff,*<br>v.<br><br>CHASE HOME FINANCE LLC,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 18-3937 |

# <u>ORDER</u>

**AND NOW**, this 10th day of April, 2019, after considering Defendant's Motion to Dismiss, (ECF No. 9), Plaintiff's Response, (ECF No. 10), and Defendant's Reply (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. Specifically, Plaintiff's RESPA, TILA, declaratory judgment, UTPCPL and unjust enrichment claims are **DISMISSED with prejudice**.

               BY THE COURT:

               ***/s/ Gerald J. Pappert***
               GERALD J. PAPPERT, J.